IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. KING, JR., and<br>DORIS REGINA KING, h/w,<br><br>      Plaintiffs,<br><br>  v.<br><br>ROCKTENN CP, LLC<br>(AS CORPORATE SUCCESSOR TO<br>SMURFIT STONE CONTAINER<br>CORPORATION),<br><br>      Defendant. | CIVIL ACTION<br><br><br>No. 13-6663 |

**O R D E R**

**AND NOW,** this 8th day of May 2015, upon consideration of Defendant, Rocktenn CP, LLC's ("Defendant"), Motion for Summary Judgment (Doc. No. 34), the Response in Opposition filed by Plaintiffs, Robert L. King, Jr. and Doris Regina King, and Defendant's Reply thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. All claims against Defendant are hereby **DISMISSED**.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Loss of consortium is a derivative claim, which relies upon Plaintiffs' negligence claim. See Craig v. Franklin Mills Assocs., L.P., 555 F. Supp. 2d 547, 555 (E.D. Pa. 2008). Dismissal of the negligence claim requires dismissal of the loss of consortium claim. Id.